| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Merz, Michael R. | 2. Court or Organization<br><br>U.S. District Court, S.D. Ohio | 3. Date of Report<br><br>07/18/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge full time recalled | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Room 501
200 West Second Street
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Trustee, vice president and assistant secretary | East End Community Services Corporation |
| 3. | Trustee, president | Dayton Metro Library Foundation |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 8/15/2014 | to teach criminal adjudication at the University of Dayton School of Law, Spring semester 2015 for $4,500 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 1/1/2014 t | individual spiritual direction on a fee-for-service basis |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | U.S. Conference of Catholic Bishops | 6/15/2014 - 11/15/2014 | New Orleans, La., and Baltimore Md. | Meetings about shild sexual abuse by clerics | Air fare, lodging, and meals - some paid to me, balance to vendors. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank | A | Interest | K | T | | | | | |
| 2. John Hancock Life insurance cash value policy | A | Int./Div. | J | U | | | | | |
| 3. MetLife insurance cash value policy | A | Int./Div. | K | U | | | | | |
| 4. IRA # 1 (Stifel, Nicolaus, then transferred to LPL Financial | | | | | | | | | |
| 5. -Stifel Bank & Trust | A | Interest | | | Sold | 07/15/14 | J | A | |
| 6. -Citibank NA | A | Interest | | | Sold | 07/15/14 | K | A | |
| 7. - AT&T Common sahres | B | Dividend | K | T | | | | | |
| 8. - Abbott Laboratoies | | | | | | | | | |
| 9. -Amgen common | A | Dividend | K | T | Sold (part) | 08/07/14 | J | B | |
| 10. -Apple common | A | Dividend | K | T | | | | | |
| 11. -Avery Denuison | A | Dividend | K | T | Buy | 10/20/14 | K | | |
| 12. -Carriage Services, Inc. | A | Dividend | J | T | Buy | 07/29/14 | J | | |
| 13. -Cisco Systems common | | | | | Sold | 08/25/14 | J | C | |
| 14. -Direct TV Class A common | | | | | Sold | 09/12/14 | K | D | |
| 15. -Diamond Offshiore Drilling Inc. | A | Dividend | K | T | Buy | 09/12/14 | K | | |
| 16. -Donnelly RR & Sons common | A | Dividend | J | T | | | | | |
| 17. -Expeditors Intl Wash Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Express Scripts Holding | A | Dividend | J | T | Sold (part) | 07/29/14 | J | A | |
| 19. - Exxon Mobile common | A | Dividend | K | T | Buy | 10/10/14 | J | | |
| 20. -Goodyear Tire & Rubber common | A | Dividend | K | T | | | | | |
| 21. - Hancock Holding Co. | | | | | Sold | 01/29/14 | J | A | |
| 22. -Health Care REIT Inc. common | A | Dividend | J | T | | | | | |
| 23. -Insured Bank Program MMKT | A | Int./Div. | | | Buy (add'l) | 06/02/14 | J | | |
| 24. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 25. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 26. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 27. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 28. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 29. | | | | | Sold | 06/24/14 | K | | |
| 30. -Intl Game Technology | A | Dividend | | | Buy | 04/04/14 | J | | |
| 31. | | | | | Sold | 10/10/14 | J | B | |
| 32. -IBM Corp. | A | Dividend | K | T | Buy | 10/10/14 | K | | |
| 33. -Kellogg Co. | A | Dividend | K | T | Buy | 01/31/14 | J | | |
| 34. -Microsoft Corp. | A | Dividend | J | T | Sold (part) | 08/07/14 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Newmont Mining Corp. Holding Co. common | A | Dividend | | | Sold | 11/20/14 | J | | |
| 36. | | | | | Buy | 07/29/14 | J | | |
| 37. -PPL Corp. common | A | Dividend | J | T | | | | | |
| 38. -Peoples United Financial | B | Dividend | K | T | | | | | |
| 39. -Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 40. - Quialcomm, Inc | A | Dividend | | | Sold | 09/19/14 | J | B | |
| 41. -Rowan Companies PLC | A | Dividend | J | T | Buy | 10/24/14 | J | | |
| 42. -Royal Dutch Shell PLC sponsored ADR Repstgn A common | B | Dividend | K | T | | | | | |
| 43. -Schlumberger LTD | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 44. -Staples Inc. | | | | | Sold | 08/25/14 | J | | |
| 45. | | | | | Buy | 07/29/14 | J | | |
| 46. -Southern Company | A | Dividend | | | | | | | |
| 47. -Stewart Enterprises CHG Inc, Class A | | | | | | | | | |
| 48. -Washington REIT SB1 | A | Dividend | K | T | | | | | |
| 49. -Watson Pharm Inc. common | | | | | | | | | |
| 50. -Wellpoint, Inc. | | | | | | | | | |
| 51. -Xerox xommou | | | | | Sold | 10/21/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares Trust S&P US PFD Stock Index Fund | B | Dividend | K | T | | | | | |
| 53. - Nuveen Credit Strategies Income Fund | B | Dividend | K | T | | | | | |
| 54. -Nuveen Municipal Value Fund | B | Dividend | L | T | | | | | |
| 55. -Invesco Senior Income Trust | A | Dividend | | | | | | | |
| 56. -Invesco Trust Inv. Grade Municipals | | | | | Sold | 10/20/14 | J | A | |
| 57. -Nuveen Dividend Advantage Municipal Fund | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 58. --Nuveen Dividend Advantage Municipal Fund II | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 59. -PVR Partners Unit Rptg Ptnship LTD | | | | | | | | | |
| 60. -Raytheon Co. new common | | | | | | | | | |
| 61. AT&T Inc. common | A | Distribution | K | T | | | | | |
| 62. Amgen Inc.common | A | Dividend | K | T | | | | | |
| 63. Apple Inc,. common | A | Dividend | J | T | | | | | |
| 64. Avery Dennuison Corp. | A | Dividend | J | T | Buy | 10/10/14 | J | | |
| 65. Carriage Service,s Inc. | A | Dividend | J | T | Sold (part) | 11/05/14 | J | A | |
| 66. | | | | | Buy | 07/29/14 | J | | |
| 67. Cisco Systems Inc. common | A | Dividend | | | Sold | 08/25/14 | J | A | |
| 68. Diamon Offshore Drilling, Inc. | A | Dividend | J | T | Buy | 09/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Direct TV common | A | Dividend | | | Sold | 09/12/14 | J | E | |
| 70. Donnelly RR & Sons | A | Dividend | J | T | | | | | |
| 71. Expeditors Intl Wash Inc | A | Dividend | J | T | | | | | |
| 72. Express Scripts Holding Co. common | A | Dividend | J | T | Sold (part) | 11/05/14 | J | C | |
| 73. | | | | | Buy | 07/29/14 | J | | |
| 74. Exxon Mobile Corp. common | A | Dividend | K | T | | | | | |
| 75. Goodyear Tire & Rubber Co. common | A | Dividend | K | T | | | | | |
| 76. Hancock Holding Company | A | Dividend | | | Sold | 01/29/14 | J | A | |
| 77. Health Care REIT, Inc. | B | Dividend | K | T | | | | | |
| 78. Insured Bank Program | A | Interest | | | Buy (add'l) | 06/02/14 | J | | |
| 79. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 80. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 81. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 82. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 83. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 84. | | | | | Sold | 06/18/14 | K | | |
| 85. International Business Machones Corp. | A | Dividend | J | T | Buy | 11/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kellogg Company common | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 87. Microsoft Corp. common | A | Dividend | K | T | | | | | |
| 88. Newmont Mining Corp. Holding Co. | A | Dividend | | | Sold | 11/20/14 | J | A | |
| 89. | | | | | Buy | 07/29/14 | J | | |
| 90. PPL Corp. common | A | Dividend | J | T | | | | | |
| 91. People United Financial Inc. common | B | Dividend | K | T | | | | | |
| 92. Pfizer, Inc. | A | Dividend | J | T | Buy (add'l) | 11/05/14 | J | | |
| 93. | | | | | Buy | 10/17/14 | K | | |
| 94. Qualcomm Inc. | A | Dividend | | | Sold | 07/29/14 | J | B | |
| 95. Rowan Companies PLC | A | Dividend | J | T | Buy | 10/24/14 | J | | |
| 96. Royal Dutch Shell PLC Sponsored ADR Repstg A shares | A | Dividend | K | T | | | | | |
| 97. Schlumberger Ltd | A | Dividend | J | T | Buy | 07/29/14 | J | | |
| 98. Southern Company | A | Dividend | | | Sold | 05/20/14 | J | A | |
| 99. Staples Inc. common | A | Dividend | | | Sold | 08/25/14 | J | A | |
| 100. Stewart Enterpriswes CHG | A | Dividend | J | T | | | | | |
| 101. Washington Real Estate Investment Trust | A | Dividend | K | T | | | | | |
| 102. Xerox Corp. common | A | Dividend | | | Sold | 10/21/14 | J | C | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ishares S&P U.S. Preferred Stock Index ETF | B | Dividend | K | T | | | | | |
| 104. Invesco Trust Int Grade Municipals | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 105. Nuveen Dividend Advantage Municipal Fund | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 106. Nuveen Dividend Advantage Municipal Fund II | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 107. Nuveen Municipal Value Fund | B | Dividend | K | T | | | | | |
| 108. Nuveen Credit Strategies Income Fund | B | Dividend | K | T | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 07/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544